AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

### DISTRICT OF  MASSACHUSETTS

UNITED STATES OF AMERICA

### V.

Hamilson Leal Pires
Central Street
Framingham, MA

**CRIMINAL COMPLAINT**

CASE NUMBER: 04-M00057-LPC

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about _____ May 1, 2001 _____ in _____ Middlesex _____ county, in the

_____ District of _____ Massachusetts _____ defendant(s) did, (Track Statutory Language of Offense)

willfully, knowingly and with intent to deceive, use a social security account number, assigned by the Commissioner of Social Security on the basis of the false information furnished to the Commissioner of Social Security by the defendant and other persons on the defendant's behalf, to apply for and to obtain a Massachusetts' driver's license

in violation of Title _____ 42 _____ United States Code, Section(s) _____ 408(a)(7)(A)

I further state that I am a(n)_____ Special Agent with SSA _____ and that this complaint is based on the following

Official Title

facts:

See attached affidavit of Special Agent Vance Ely.

Continued on the attached sheet and made a part hereof:  ☐ Yes  ☐ No

Signature of Complainant

Sworn to before me and subscribed in my presence,

Date  August 31, 2004    at    Boston, MA

City and State

Lawrence P. Cohen
United States Magistrate Judge

Name & Title of Judicial Officer

Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

## AFFIDAVIT

I, Vance Ely, having been duly sworn, do hereby depose and state as follows:

1.  I have been a Special Agent with the United States Social Security Administration ("SSA"), Office of the Inspector General, Office of Investigations, Boston Field Office since May 1997. My duties include investigating violations of Title 42 and Title 18 of the United States Code.  During the period of my employment, I have conducted numerous investigations of Social Security fraud and other criminal violations. I was previously employed by the United States Department of Justice, Immigration & Naturalization Service, as an Immigration Inspector for 4 ½ years.  I also hold a Bachelor of Science degree from Westfield State College.

2.  SSA is an agency within the Executive Branch of the United States government responsible for approving applications for Social Security Numbers and issuing Social Security Number Cards to eligible applicants, as well as managing and administering retirement, disability, survivor benefits, and Supplemental Security Income programs to our nation's eligible beneficiaries.

3.  The Social Security Act (42 U.S.C. 301 et seq.) was enacted in 1935 to provide for the general welfare by establishing a system of Federal Benefits.  The Social Security Number ("SSN"), a nine digit number, was devised as a means to

keep track of the earnings of individuals who work under covered employment. Along with the SSN, the Social Security Number Card ("SSNC") was created. SSNCs are issued with or without employment restrictions depending upon the eligibility of the individual making application. The Social Security Number Card bears a Social Security Number; shows the name of the person whose record is identified by that SSN; and contains a space for the person's signature.

4.   The information set forth in this affidavit is based on my own investigation, my review of relevant SSA records, and information provided by others. This affidavit does not contain all information received during the course of the investigation but contains those facts that I believe are necessary and sufficient to establish probable cause for the issuance of the requested criminal complaint charging HAMILSON LEAL PIRES with social security account number fraud in violation of 42 U.S.C. Section 408(a)(7)(A)[1].

5.  PIRES is a native and citizen of Brazil, and,

---

[1]42 U.S.C. §408(a)(7)(A) reads in pertinent part: Whoever- ...for the purpose of obtaining anything of value from any person, or for any other purpose-(A) willfully, knowingly, and with intent to deceive, uses a social security account number, assigned by the Commissioner of Social Security (in the exercise of the Commissioner's authority under section 405(c)(2) of this title to establish and maintain records) on the basis of false information furnished to the Commissioner of Social Security by him or by any other person [shall be guilty of a crime.]

2

according to records maintained by Immigration and Customs Enforcement, the defendant is not present legally in the United States.

6. As an alien illegally present in the United States, the Defendant is not entitled to receive a social security account number card.

7. On February 22, 2001, PIRES applied for a social security account number card. Defendant falsely represented on the application, known as an SS-5, that he was a legal resident with permission to work, knowing that, in truth and in fact, Defendant was not a legal resident with permission to work in the United States. [2]

8. As a result of providing false information, Defendant received social security account number 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.

9. The Massachusetts Registry of Motor Vehicles ("RMV") requires that an individual applying for a driver's license present proof of identification such as a valid social security

---

[2]Defendant's SS-5 application was processed by former SSA employee Jesse Rocha. On September 8, 2003, Jesse Rocha pled guilty to conspiracy to commit fraud in connection with identifcation documents in violation of 18 U.S.C. §1028(f); conspiracy to commit offenses against the United States in violation of 18 U.S.C. §371; conspiracy to launder monetary instruments in violation of 18 U.S.C. §1956(h) and fraud and misuse of documents in violation of 18 U.S.C. §1546(a). During his plea colloquy, Rocha admitted to processing and approving over 1700 applications for SSNCs for illegal aliens during the period from April of 2000 until December of 2002. See Ind. 02-10405-GAO.

3

account number.

10. On May 1, 2001, PIRES applied for a Massachusetts driver's license. On the application, PIRES used the SSN he fraudulently obtained by providing the SSN to the RMV. As a result, a Massachusetts driver's license was issued to PIRES.

Based upon the foregoing information, I believe there is probable cause to believe that on May 1, 2001, PIRES did willfully, knowingly, and with intent to deceive, use a social security account number, assigned by the Commissioner of Social Security on the basis of the false information furnished to the Commissioner of Social Security by the defendant and other persons on the defendant's behalf, to apply for and to obtain a Massachusetts driver's license in violation of Title 42, United States Code, Section 408(a)(7)(A).

Vance Ely
Special Agent
United States Social Security
Administration
Office of Inspector General

Subscribed and sworn to before me this 31st day of August, 2004

LAWRENCE P. COHEN
UNITED STATES MAGISTRATE JUDGE

4

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    **Category No.** II _____    **Investigating Agency** SSA _____

**City** Framingham _____    **Related Case Information:**

**County** Middlesex _____

| | |
|---|---|
| Superseding Ind./ Inf. _____ | Case No. _____ |
| Same Defendant | New Defendant _____ |
| Magistrate Judge Case Number | 04-M00057-LPC |
| Search Warrant Case Number | _____ |
| R 20/R 40 from District of | _____ |

**Defendant Information:**

**Defendant Name** Hamilson Leal Pires _____    Juvenile ☐ Yes ☒ No

**Alias Name** _____

**Address** Central Street, Framingham, MA _____

**Birth date (Year only):** 1977    **SSN (last 4 #):** 2318    **Sex** m    **Race:** _____    **Nationality:** Brazilian

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** Sandra S. Bower _____    **Bar Number if applicable** 787700 (Florida)

**Interpreter:** ☒ Yes ☐ No    **List language and/or dialect:** Portuguese

**Matter to be SEALED:** ☐ Yes ☒ No

☐ **Warrant Requested**        ☐ **Regular Process**        ☒ **In Custody**

**Location Status:**

**Arrest Date:** _____

☒ **Already in Federal Custody as** _____ in _____ .
☐ **Already in State Custody** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial Release:** **Ordered by** _____ on _____

**Charging Document:** ☒ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:** ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony 1

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 8-31-04    **Signature of AUSA:** Sandra S. Bower

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    Hamilson Leal Pires _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 42 USC 408(a)(7)(A) | misuse of Social Security Account number | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**