AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

MASSACHUSETTS

United States
v
Hamilson Leal PIRES

**APPEARANCE**

Case Number: 00 MJ 00057 LTC

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

        Hamilson Leal PIRES

I certify that I am admitted to practice in this court.

_9/8/04_
Date

_David B J_ (signature)
Signature

_David Sumner_     634517
Print Name                    Bar Number

_77 Franklin St, 3rd floor_
Address

_Boston_   _MA_   _02110_
City      State      Zip Code

_(617) 695-0050_
Phone Number         Fax Number