AO 458 (Rev. 10/95 Appearance)

# UNITED STATES DISTRICT COURT

DISTRICT OF

MASSACHUSETTS

9/10/04
M.P.

United States
v.
Hamilson Leal PIRES

**APPEARANCE**

Case Number: 00 MJ 00057 LTC

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Hamilson Leal PIRES

I certify that I am admitted to practice in this court.

9/8/04
Date

_David B J_
Signature

David Sumner          634514
Print Name            Bar Number

77 Franklin St. 3rd Floor
Address

Boston         MA        02110
City           State     Zip Code

(617) 695-0050
Phone Number                          Fax Number